# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME SPRAGUE, et al., | ) | Case No.: 2:19-cv-02026-KJM-EFB PS |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER SEALING CIVIL COVER SHEET AND PERMITTING FILING OF REDACTED CIVIL COVER SHEET** |
| vs. | ) | |
| JUSTICE PETER A. KRAUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | **Honorable Edmund F. Brennan** |
| | ) | |

Having reviewed the Request to Seal Civil Cover Sheet by Defendants, pursuant to Local Rule 141, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Civil Cover Sheet (ECF No. 1-1) shall be permanently sealed and kept from public view. Only the Court and its staff are permitted access to the original Civil Cover Sheet.

IT IS FURTHER ORDERED that a redacted version of the Civil Cover Sheet (ECF No. 5-1 at 6-9) shall be filed on the docket.

DATED: October 31, 2019.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE