UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME SPRAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTICE PETER A. KRAUSE, et al.,<br><br>Defendants. | No. 2:19-cv-2026-KJM-EFB PS<br><br><br><br>ORDER |

On September 1, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff Jerome Sprague filed objections on September 14, 2020, and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 1, 2020, are adopted;

2. Plaintiff's motion for recusal (ECF No. 10) is denied;

3. Defendants' motion to dismiss (ECF No. 4) is granted;

/////

4. Plaintiff's complaint is dismissed without leave to amend; and

5. The clerk is directed to close the case.

DATED: October 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE